

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-74,642-06

### IN RE MIKE MENDOZA, JR., Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 952290-C IN THE 262ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed a motion to amend or supplement and that the trial court has not ruled on his motion.

Respondent, the Judge of the 262nd District Court of Harris County, shall file a response with this Court and state: (1) whether Relator properly filed a motion to amend or supplement in the trial court; (2) if so, when Relator's motion was filed; and (3) whether Respondent has ruled on his motion. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted her response.

Filed: November 16, 2016
Do not publish